IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MIDSOUTH BANK, N.A.                                                                               PLAINTIFF

V.                                    CASE NO. 16-CV-04084

TEXARKANA ARKANSAS
HOSPITALITY, LLC;
SUKHPAL SINGH; and
HARBANS S. GREWAL                                                                            DEFENDANTS

## ORDER

      Defendant Texarkana Arkansas Hospitality, LLC, filed a Chapter 11 bankruptcy petition on August 30, 2016, in the United States Bankruptcy Court for the Eastern District of Arkansas, Case Number 4:16-BK-14556. ECF No. 5. Therefore, all matters in this Court should be stayed pending the disposition of bankruptcy proceedings. Accordingly, **IT IS SO ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown, for entry of any stipulation, or for any other purpose so required to obtain a final determination of the litigation.

      **IT IS SO ORDERED**, this 23rd day of November, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge